## Edwin Johnson, Appellant, v. Chester Harman, Appellee.

### Gen. No. 43,684.

opinion filed April 11, 1946; re-
leased for publication May 16, 1946. Lambert Kaspers, for appellant;
Coghlan & Coghlan, for appellee; Malachy J. Coghlan and John P. Coghlan,
of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.